

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-9-2002

# Brown v. Comm PA Emergency

Precedential or Non-Precedential: Precedential

Docket No. 01-3234

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Brown v. Comm PA Emergency" (2002). *2002 Decisions.* Paper 557.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/557

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 01-3234
_____

CHARMAINE BROWN; ORAL DOUGLAS, in their individual capacities
and as Administrators of the Estate of Shacquiel A. Douglas

Appellants
v.

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH
EMERGENCY MEDICAL SERVICES TRAINING INSTITUTE;
CITY OF PHILADELPHIA; MARK STEWART, individual and official
capacity; JOHN CAFFEY, individual and official capacity

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. No. 99-cv-04901)
District Judge:  The Honorable Herbert J. Hutton

_____

SUR PETITION FOR PANEL REHEARING WITH SUGGESTION FOR
REHEARING EN BANC

_____

BEFORE: BECKER, Chief Judge,
SLOVITER, SCIRICA, NYGAARD, ALITO, ROTH, MCKEE, RENDELL,
BARRY, AMBRO, FUENTES and KRAVITCH, Circuit Judges

_____

The Petition for Rehearing filed by the Appellant in the above-entitled matter has been submitted to the judges who participated in the decision of this court and to all other available circuit judges in regular active service.  The Court orders as follows: the Clerk of Court shall vacate the opinion and judgment filed on August 8, 2002 in this matter and list the above case for panel rehearing at the convenience of the Court.

It is so ordered.

By the Court,

/s/ Richard I

U.S. Circuit Judge

DATED:      September 9, 200